UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MT. HAWLEY INSURANCE COMPANY,

                Plaintiff,

      - against-

3750 VETERANS, LLC, AND MB PONTIAC RE, LLC

               Defendants.
-----------------------------------------------------------------X

Case No. 1:22-cv-08216

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Mt. Hawley Insurance Company ("Mt. Hawley"), through its undersigned counsel, with this its Notice of Voluntary Dismissal, and respectfully shows the Court the following:

On September 26, 2022, Mt. Hawley filed its Complaint for Declaratory Relief against Defendants 3750 Veterans, LLC, and MB Pontiac RE, LLC [Doc. 1].

To date, neither of the Defendants have filed an Answer to Mt. Hawley's Complaint or Motion for Summary Judgment.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Mt. Hawley hereby voluntarily dismisses this action without prejudice.

                Respectfully submitted,

                **CHARTWELL LAW**

                By: _____
                      Matthew Kraus (MK0621)
                      *Attorneys for Plaintiff*
                      One Battery Park Plaza, Suite 710
                      New York, NY 10004
                      Tel. (212) 968-2300
                      mkraus@chartwelllaw.com